IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 3:10CR248-03** |
| | ) | |
| DAVID C. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED RESTITUTION ORDER

1.  The defendant is sentenced to pay restitution to the victims listed on Attachment A in the total amount of **$16,879,433.01**. Such restitution shall be joint and several with the restitution ordered as to the following defendants in related cases which involve the same victims: *United States v. Christian M. Allmendinger* (3:10CR248-01), *United States v. Adley H. Abdulwahab* (3:10CR248-02), *United States v. Tomme Bromseth* (3:10CR246), *United States v. Brent P. Oncale* (3:10CR256), *United States v. Russell E. Mackert* (3:10CR257), and *United States v. Eric M. Kurz* (3:10CR258).

2.  Defendant White's restitution liability shall not be reduced by any amounts received by the Clerk's Office on behalf of defendants who are ordered to pay restitution to the same victims. White should receive credit only for payments that he makes. White's liability for restitution should be discharged when he personally has paid $16,879,433.01 or the victims in this case have received the full amount of their losses, which is $101,963,048.05.

3.  The amount of restitution paid to a victim shall not exceed the victim's total loss from the offenses of conviction. To the extent practicable, the victims shall report amounts received from a source other than the Bankruptcy Trustee directly to the Clerk of Court at the address provided below.

4.  The victims' names and respective total loss amounts are listed in Attachment A to this Restitution Order. The victims' addresses have been provided to the Court under separate cover.

5.  Any disbursements made to any victim by the Bankruptcy Trustee in connection with In Re Life Fund 5.1, LLC. Case No. 09-32672 (Bankr. N. D. Il.) shall be credited against the amount of restitution awarded to each victim, but shall not be credited against the $16,879,433.01 sum for which the defendant is personally liable.

6.   The Bankruptcy Trustee shall provide an accounting of any disbursements made to any victims identified in Attachment A.  Such accounting shall be made within 30 days of the disbursement and directed to: Clerk of Court, U.S. District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

7.   Interest is waived.

8.   Restitution is due and payable immediately, and notwithstanding any other provision of this Restitution Order, the Government may enforce restitution at any time.  The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

9.   If incarcerated, the Court encourages the defendant to participate in the Bureau of Prison's Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

10.  The defendant shall pay to the Clerk at least $250.00 per month or 25 percent of gross income, whichever is greater, beginning 60 days after supervision begins.

11.  All payments shall be made to the Clerk of Court, United States District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

12.  Within 30 days of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA  23510.

13.  No delinquent or default penalties will be imposed except upon Order of the Court.

14.  The Clerk of Court shall distribute the funds to the victims on a pro rata basis.  The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.


_____/s/_____  REP

Honorable Robert E. Payne
Senior United States District Judge


ENTERED this __13__ day of March  2013.

at Richmond, Virginia

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

_____

G. Wingate Grant
Michael S. Dry
Jessica A. Brumberg
Assistant United States Attorneys

SEEN AND AGREED:

_____

Claire Grimmer Cardwell
William J. Dinkin
Counsel for David C. White

3

# ATTACHMENT A

| | *Last Name* | *First Name* | *Loss Amount* |
|---|---|---|---|
| 1. | AB Revocable Living Trust | | $9,507,237.40 |
| 2. | Abeyta | Rudolph | $50,000.00 |
| 3. | Ables | David | $70,000.00 |
| 4. | Ables | Edna | $244,795.03 |
| 5. | Abuteir - Children's Trust | | $61,975.99 |
| 6. | Adams | Nicholas | $51,561.29 |
| 7. | Adkins | Janice & Kenne | $120,000.00 |
| 8. | Aguilar | Jorge & Amelia | $1,550,000.00 |
| 9. | Ahmann | James | $109,690.26 |
| 10. | Alexander | Robert & Barbara | $50,000.00 |
| 11. | Allen | Clifton | $275,000.00 |
| 12. | Allen | James & Beverly | $100,000.00 |
| 13. | Allen | Jeffrey | $100,000.00 |
| 14. | Alvarez | Olivia | $200,000.00 |
| 15. | Amidei | Maurice & Sarah | $225,000.00 |
| 16. | Amidei | Sarah | $50,000.00 |
| 17. | Anderson | Larry | $50,000.00 |
| 18. | Anderson | Spencer | $50,000.00 |
| 19. | Anderson | Myrtle | $50,000.00 |
| 20. | Andrews | Frank | $75,000.00 |
| 21. | Arbetter | Wallen | $344,159.12 |
| 22. | Arden | Jan | $301,258.22 |
| 23. | Armstrong | Thomas & Suzanne | $50,000.00 |
| 24. | Ascol | Alfred | $50,000.00 |
| 25. | Aubin Family Trust | Charles & Nancy | $50,000.00 |
| 26. | Back | Erskine | $110,000.00 |
| 27. | Baker | Lee | $342,365.14 |
| 28. | Balliet | Kenneth | $117,337.45 |
| 29. | Banse | Gary | $56,236.41 |
| 30. | Barber | Russell | $75,000.00 |
| 31. | Barker | Lee | $100,000.00 |
| 32. | Baron | Gene | $65,000.00 |
| 33. | Barone | Antonio & Marie | $100,000.00 |
| 34. | Barringer | Doris | $65,000.00 |
| 35. | Batten | Robert & Darcy | $300,000.00 |
| 36. | Batten | Robert | $78,900.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 37. | Bauer | Cary | $100,000.00 |
| 38. | Bauer | Grace | $88,333.75 |
| 39. | Bautista | Maria | $72,144.55 |
| 40. | Beatty | Robert | $103,653.69 |
| 41. | Beaver | Ronald | $50,000.00 |
| 42. | Beck | Doyle | $150,000.00 |
| 43. | Becker | Florence | $300,000.00 |
| 44. | Becker | Jana | $384,494.22 |
| 45. | Beckman | Jeffrey | $100,162.75 |
| 46. | Begin | Kim Loi | $70,000.00 |
| 47. | Bellamy | Kiesha | $50,000.00 |
| 48. | Bennerotte | Stuart | $73,108.00 |
| 49. | Bennett | John Mark | $117,942.00 |
| 50. | Bennett | Wallace | $53,775.18 |
| 51. | Bennett | Christine | $46,867.93 |
| 52. | Bennett | Sherryll | $65,000.00 |
| 53. | Berman | Lisa & Brian Rose | $70,000.00 |
| 54. | Bertlshofer | Carol | $110,000.00 |
| 55. | Bhattacharya | Anima | $80,000.00 |
| 56. | Biswas | Dayal | $300,000.00 |
| 57. | Blanco | Gail | $257,766.96 |
| 58. | Blase' | Gerald & JoAnne | $100,000.00 |
| 59. | Bloecher | Shirley | $193,650.74 |
| 60. | Blum | Noel | $100,000.00 |
| 61. | Bolei | Jeanette | $60,000.00 |
| 62. | Borders | Susan | $69,035.57 |
| 63. | Bork | Seth | $50,000.00 |
| 64. | Borrego | Manuela | $56,243.58 |
| 65. | Borrego | Steven | $59,470.38 |
| 66. | Bouchard | Donald | $300,000.00 |
| 67. | Boutross | Peter | $60,000.00 |
| 68. | Boyd | Howard & Rita | $25,000.00 |
| 69. | Brackeen | Billy | $50,000.00 |
| 70. | Bradford | Teresa | $87,025.80 |
| 71. | Bradshaw | Jack & Illene | $25,000.00 |
| 72. | Bradshaw | Kristine | $78,821.58 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 73. | Bradshaw | Michael | $52,622.56 |
| 74. | Bramm | Alvina | $65,000.00 |
| 75. | Breckenridge-Crump | Annie | $100,000.00 |
| 76. | Brieva | Oswaldo | $55,401.83 |
| 77. | Brigance | Bob | $102,951.62 |
| 78. | Briscoe II | Mason | $50,000.00 |
| 79. | Broach | Joseph | $397,643.12 |
| 80. | Brooks | Mark | $71,311.13 |
| 81. | Brooks | Pamela | $54,375.63 |
| 82. | Broussard | Troy | $106,656.00 |
| 83. | Brown | Suzanne | $50,000.00 |
| 84. | Brown | Bert & Brandi | $105,000.00 |
| 85. | Bryant | Bonnie | $100,000.00 |
| 86. | Buffington | Michael | $50,000.00 |
| 87. | Bullard | James | $200,021.08 |
| 88. | Bumgardner | John | $150,000.00 |
| 89. | Burcham | Ricky | $122,415.30 |
| 90. | Burgess | John | $50,000.00 |
| 91. | Burke | Robert | $50,000.00 |
| 92. | Burton | Dennis | $50,000.00 |
| 93. | Bush | Jon | $400,000.00 |
| 94. | Busse | Delores | $73,000.00 |
| 95. | Callen | Anna | $100,000.00 |
| 96. | Cameron | Mabel | $200,000.00 |
| 97. | Cannizzo | Kathryn | $60,000.00 |
| 98. | Cansler | Marshall | $103,705.80 |
| 99. | Cantley | Robert & Janice | $65,000.00 |
| 100. | Carebear Ltd | | $50,000.00 |
| 101. | Carey | Lee | $100,500.00 |
| 102. | Carl | Gary | $58,165.69 |
| 103. | Carlin | Charles | $75,000.00 |
| 104. | Carlisle | Steve | $257,771.58 |
| 105. | Carlozzi | Dona | $87,039.21 |
| 106. | Carrington | Hattie | $79,400.00 |
| 107. | Casey | James | $165,565.69 |
| 108. | Cashion | Christopher | $62,096.11 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 109. | Caskey | Penelope | $57,695.93 |
| 110. | Cauble | Wendy | $70,000.00 |
| 111. | Cauble | Jeffrey | $70,000.00 |
| 112. | Caverns Investments LTD | | $150,000.00 |
| 113. | Celt | Helen | $51,651.05 |
| 114. | Chalos | Chris | $75,000.00 |
| 115. | Chapman | Mildred | $100,000.00 |
| 116. | Childress | Dan | $200,000.00 |
| 117. | Chin | Sherman | $98,862.24 |
| 118. | Chitty | Brian | $200,000.00 |
| 119. | Choate IV | Henry | $100,000.00 |
| 120. | Cholewin | June | $55,000.00 |
| 121. | Clark | Michael | $156,303.72 |
| 122. | Coe | James | $77,763.54 |
| 123. | Cohn | Barry | $676,400.00 |
| 124. | Cohn | Glenna | $23,600.00 |
| 125. | Collins | Michael | $50,000.00 |
| 126. | Collins | William & Debra | $130,000.00 |
| 127. | Collinsworth | Conrad | $100,000.00 |
| 128. | Combs | Alton | $138,303.25 |
| 129. | Combs | Matt | $100,000.00 |
| 130. | Conrady | Roy | $100,000.00 |
| 131. | Cook | Franklin | $50,000.00 |
| 132. | Cooper | David & Rose | $50,000.00 |
| 133. | Cooper | Kelly | $85,000.00 |
| 134. | Cordell | Kenneth | $381,225.20 |
| 135. | Cortez | Dave | $150,000.00 |
| 136. | Courts | Michael | $50,000.00 |
| 137. | Cox | Mark | $89,040.71 |
| 138. | Cox | Linda | $340,144.15 |
| 139. | Craig | Helen | $150,000.00 |
| 140. | Crandall | Cynthia | $49,426.15 |
| 141. | Culton | Elvis | $102,485.81 |
| 142. | Cunningham (Coshatte Road Exotics) | Richard | $183,600.00 |
| 143. | Curtis | Blaine | $450,000.00 |
| 144. | Czarnecki | Michael | $54,873.18 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 145. | Czarnecki | Yuan | $65,000.00 |
| 146. | Dabelic | Ivo | $600,325.98 |
| 147. | Dahl | Anna | $79,653.25 |
| 148. | Dalbo | Helen | $140,000.00 |
| 149. | Daly Jr | William | $200,000.00 |
| 150. | Dang | Chau | $126,160.99 |
| 151. | Dang | David & Chau | $79,458.85 |
| 152. | Dang | Maria | $40,000.00 |
| 153. | Daniel | Elana | $50,000.00 |
| 154. | Danielowicz | David | $435,181.12 |
| 155. | Davidson | Terry | $50,000.00 |
| 156. | Davies | Constance | $100,000.00 |
| 157. | Davies | Sheila | $88,891.16 |
| 158. | Davis | Michael | $106,752.46 |
| 159. | Davis | Tommy | $75,000.00 |
| 160. | Davis | Bruce | $143,013.83 |
| 161. | Dean | Edna | $81,749.12 |
| 162. | Dennis | James | $100,000.00 |
| 163. | Denobrega | Antonio & Maria Arlete | $80,000.00 |
| 164. | Devery, Jr. | Edward | $50,000.00 |
| 165. | Dewalt | Ronald | $50,000.00 |
| 166. | Dewart | Michael & Lindsey | $40,000.00 |
| 167. | Dillehay | Michele | $100,000.00 |
| 168. | Dillehay | Patricia | $100,289.18 |
| 169. | DiMaria | Frank | $100,000.00 |
| 170. | Dirienzo | Anthony & Joan | $50,000.00 |
| 171. | Doherty | Dennis | $59,000.00 |
| 172. | Domico | Jean | $250,000.00 |
| 173. | Domrase | Dale | $92,657.81 |
| 174. | D'Souza | Sylvia | $150,000.00 |
| 175. | Dudney | Donald | $175,000.00 |
| 176. | Duffy | Marjorie | $256,000.00 |
| 177. | Duncan | Sue | $112,228.90 |
| 178. | Duncan c/o Ellen White | Jack | $50,000.00 |
| 179. | Dunlap | Larry | $68,786.77 |
| 180. | Dutton | Steven | $100,000.00 |

# ATTACHMENT A

| | *Last Name* | *First Name* | *Loss Amount* |
|---|---|---|---|
| 181. | Dwyer | Paul | $50,000.00 |
| 182. | Dyerly | Linda | $11,128.67 |
| 183. | Elizabeth A. Bryant Living Trust | | $650,000.00 |
| 184. | Erickson | Neta | $100,000.00 |
| 185. | Erickson | Lloyd | $130,000.00 |
| 186. | Erisman | Sharon | $50,000.00 |
| 187. | Eskam 1989 Family Trust | | $300,000.00 |
| 188. | Fancher | Kenny & Michelle | $50,000.00 |
| 189. | Farber | Donald | $60,000.00 |
| 190. | Fazioli | William | $25,000.00 |
| 191. | Felt | Jason | $50,000.00 |
| 192. | Felton | Patricia | $60,000.00 |
| 193. | Fenley | Doyle | $50,000.00 |
| 194. | Fernandez | Isidro | $27,148.81 |
| 195. | Ferrell | Jyoti | $26,147.40 |
| 196. | Ferrell | Thomas | $540,898.21 |
| 197. | Fetter Family Trust | | $50,000.00 |
| 198. | Fiandt | Terry | $50,000.00 |
| 199. | Fickau | Christopher | $136,145.74 |
| 200. | Fielding | John | $50,000.00 |
| 201. | Finger | Lawrence | $100,000.00 |
| 202. | Fitzgerald | Earl | $50,532.32 |
| 203. | Fitzgerald | Kenneth | $100,000.00 |
| 204. | Fitzgerald | Kristy | $54,094.08 |
| 205. | Flach | James | $101,716.47 |
| 206. | Fleming | Mike | $300,000.00 |
| 207. | Fleming | William | $50,000.00 |
| 208. | Floyd | Bobby | $50,000.00 |
| 209. | Flynn | John | $222,271.77 |
| 210. | Focus Life Settlement Limited Partnership | | $500,000.00 |
| 211. | Forbess | Brenda | $40,000.00 |
| 212. | Fosse | Al | $50,000.00 |
| 213. | Foster | Margaret | $100,000.00 |
| 214. | Foulis, Jr. | Robert | $473,581.74 |
| 215. | Frank | John | $178,000.00 |
| 216. | Frank, Jr. | Kenneth | $183,661.19 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 217. | Frisbie | Robert | $100,000.00 |
| 218. | Frost | Dixie | $218,485.89 |
| 219. | Fruzia | Mary | $28,000.00 |
| 220. | Fullmer | Sharon | $47,147.49 |
| 221. | Funk | Rose | $300,000.00 |
| 222. | Fusco | Jo Anne | $100,000.00 |
| 223. | Galfione | Daniel | $144,163.54 |
| 224. | Garcia | Gloria | $100,000.00 |
| 225. | Garrett | Randall | $50,000.00 |
| 226. | Gates | Emelia | $375,000.00 |
| 227. | Gaver Jr | Thomas | $96,814.53 |
| 228. | Gawlowski | Mary | $100,000.00 |
| 229. | Geiger | Norma | $50,000.00 |
| 230. | Gerdes | Adolph | $570,014.46 |
| 231. | Gerlach | James | $50,847.36 |
| 232. | Gibson | Evelyn | $691,713.19 |
| 233. | Giger | James & Therese | $500,000.00 |
| 234. | Giger | Charles | $999,084.34 |
| 235. | Giger | Mary & Charles | $1,100,000.00 |
| 236. | Givan | Barbara | $65,000.00 |
| 237. | Glander | Helen | $100,000.00 |
| 238. | Gold | Mary | $101,280.44 |
| 239. | Gollier | Harry & Cynthia | $194,273.52 |
| 240. | Gollier | Harry | $127,113.87 |
| 241. | Gooch Charitable Remainder | | $166,912.74 |
| 242. | Gore | Jerry | $50,000.00 |
| 243. | Gorin | Jane | $50,000.00 |
| 244. | Gould | Matthew | $250,000.00 |
| 245. | Graham | Patricia | $129,959.98 |
| 246. | Granchi | Anne | $50,000.00 |
| 247. | Gray | Robert | $50,000.00 |
| 248. | Gray | Rita | $54,199.30 |
| 249. | Gray | Samuel | $64,719.16 |
| 250. | Greving | Marvin | $98,948.99 |
| 251. | Grewal | Gursharan | $64,378.99 |
| 252. | Grove | Arlen | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 253. | Guest | Floyd | $200,000.00 |
| 254. | Gumpher | Richard | $100,000.00 |
| 255. | Gustavsson | William | $55,718.42 |
| 256. | Hagemann | Alvin | $80,000.00 |
| 257. | Hall | Virgil | $50,000.00 |
| 258. | Hall III | Clarence | $50,000.00 |
| 259. | Halperin | Frederic | $150,000.00 |
| 260. | Hammerl | Diane | $264,802.64 |
| 261. | Hanks | Darryl | $270,221.02 |
| 262. | Hanneman | Rita | $450,000.00 |
| 263. | Hansen | Daryl | $90,000.00 |
| 264. | Hansen | Peggy | $50,000.00 |
| 265. | Harper | Carrie & Joseph | $400,000.00 |
| 266. | Harris Family Trust | Roy & Ilse | $50,000.00 |
| 267. | Hartke | Frederick | $85,000.00 |
| 268. | Harwell | Charles | $50,000.00 |
| 269. | Hassett | Kathleen | $85,396.07 |
| 270. | Hattabaugh | Cary | $83,798.31 |
| 271. | Heisler | Jeannine | $50,000.00 |
| 272. | Heisz | William | $200,000.00 |
| 273. | Held | Fred | $59,500.00 |
| 274. | Helleckson | Edward | $32,499.98 |
| 275. | Hena | Mohammed Abu | $75,000.00 |
| 276. | Henderson | Richard & Michelle | $136,000.00 |
| 277. | Henderson | Rufus | $66,931.89 |
| 278. | Hendricks | Jimie | $132,298.94 |
| 279. | Heney | Shirley | $50,000.00 |
| 280. | Henke | Richard | $69,632.20 |
| 281. | Herman | Ben | $54,328.11 |
| 282. | Herman | Marianne | $51,056.84 |
| 283. | Hicks | Geraldine | $50,000.00 |
| 284. | Higdon-Whitaker | Paula | $722,190.64 |
| 285. | Hilger | George & Nancy | $50,000.00 |
| 286. | Hill | Carl | $200,000.00 |
| 287. | Hill | Gerald | $100,000.00 |
| 288. | Hill, Sr. | Reed | $83,599.38 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 289. | Hilleboe | Eric | $266,656.97 |
| 290. | Hitchens | Barbara | $200,000.00 |
| 291. | Hite | Don | $173,552.00 |
| 292. | Hite | Sydney | $28,012.61 |
| 293. | Hoang | Lien | $51,468.84 |
| 294. | Hodell | Hans | $100,000.00 |
| 295. | Hoelscher | Joan | $115,000.00 |
| 296. | Hoffman | William | $141,734.96 |
| 297. | Hofman | James | $48,340.25 |
| 298. | Hogan | Lanell | $57,000.00 |
| 299. | Hogan Family Trust | | $57,000.00 |
| 300. | Holden | Georgana | $81,726.75 |
| 301. | Holsch | Ann Oranelle | $200,000.00 |
| 302. | Horton | Peggy | $100,000.00 |
| 303. | Hough | Orlene | $50,000.00 |
| 304. | Householder | Ronald | $243,244.86 |
| 305. | Houston | Linda | $100,000.00 |
| 306. | Hubenak | Avin | $35,085.00 |
| 307. | Huskey | Peggy | $50,000.00 |
| 308. | Hyde | Richard | $50,000.00 |
| 309. | Irwin, Jr. | Gary | $73,533.51 |
| 310. | Iteogu | Michael | $75,917.34 |
| 311. | Jackson | Shirley | $91,017.56 |
| 312. | Jacobs | Clifton | $50,000.00 |
| 313. | Jennie Candiotte Revocable Trust | | $118,000.00 |
| 314. | Jernigan | Catherine | $110,000.00 |
| 315. | Johnson | Gordon | $58,044.31 |
| 316. | Johnson | Gregory | $280,000.00 |
| 317. | Johnson | Robert | $50,000.00 |
| 318. | Johnson | Farida | $100,000.00 |
| 319. | Johnson | Grace | $150,000.00 |
| 320. | Johnson | Judith | $50,000.00 |
| 321. | Johnson Jr | Charles | $25,000.00 |
| 322. | Johnston | Michael | $79,975.00 |
| 323. | Jolley | L. Dean | $64,000.00 |
| 324. | Jolley | Carrie & L. Dean | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 325. | Jones | Kenneth | $60,500.00 |
| 326. | Jones | Randolph | $49,916.01 |
| 327. | Juergens | Kurt | $220,000.00 |
| 328. | Julian | Cynthia | $82,830.84 |
| 329. | Kai | Sumner | $189,768.53 |
| 330. | Kaitson | Angela | $112,000.00 |
| 331. | Kanak | Winnie | $25,000.00 |
| 332. | Kantara | Mary | $100,000.00 |
| 333. | Kavalayil | Rosamma | $155,801.67 |
| 334. | Keathley, Jr. | Basil & Betty | $131,280.29 |
| 335. | Kelsey | Paul | $300,000.00 |
| 336. | Kersey | Philip | $100,000.00 |
| 337. | Kess Sr | Thomas | $52,278.18 |
| 338. | Kessler | Robert & Robin | $125,000.00 |
| 339. | Ketaner | Joseph | $108,377.30 |
| 340. | Kieschnick | Connie | $52,325.02 |
| 341. | Klein | Richard | $113,018.94 |
| 342. | Knight | Lavina | $50,000.00 |
| 343. | Kocan | Eric | $201,681.89 |
| 344. | Kochsiek | Judy | $100,000.00 |
| 345. | Kowalski | Jerome | $200,000.00 |
| 346. | Kozelka | Patricia | $56,543.92 |
| 347. | Kramer | David & Sherry | $200,000.00 |
| 348. | Krueger | Daniel | $250,000.00 |
| 349. | Lahasky | Andrew | $155,828.28 |
| 350. | LaJaunie | Ronald & Laura | $90,000.00 |
| 351. | Lakehomer | Barbara | $83,976.89 |
| 352. | LaMar | Eddie & Sylvia | $50,000.00 |
| 353. | Landrian | Frank | $53,845.87 |
| 354. | Lange | Gary | $65,736.06 |
| 355. | Lange | Scott | $54,279.39 |
| 356. | Lau | Howard & Tat Fai | $100,000.00 |
| 357. | Launer | Randall | $66,546.10 |
| 358. | Lawrence | Cleaster | $100,000.00 |
| 359. | LC Ranch Inc | | $50,000.00 |
| 360. | Le | Mark & Am Thi | $186,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 361. | Leach | David | $50,000.00 |
| 362. | Leahy | Susan | $80,000.00 |
| 363. | Lefholz | Richard | $100,000.00 |
| 364. | Lehane | Joseph | $60,000.00 |
| 365. | Lenehan TTEE | Ruth | $70,000.00 |
| 366. | Leonard | Stephanie | $55,000.00 |
| 367. | Lerch | Gretchen | $50,000.00 |
| 368. | Lewis | Clarence | $50,000.00 |
| 369. | Lindsey | Carol | $50,000.00 |
| 370. | Livingston | W. | $50,000.00 |
| 371. | Loan | Clyde & Norma | $50,000.00 |
| 372. | Lockett | Donna | $153,000.00 |
| 373. | Looney | Mike & Susi | $300,000.00 |
| 374. | Lopez | Luis | $162,928.18 |
| 375. | Louis | Moza | $135,000.00 |
| 376. | Lucas | Gertrude | $322,582.92 |
| 377. | Lund | Elvia | $124,983.06 |
| 378. | Luttrell | Lila | $100,000.00 |
| 379. | Lych | Timothy | $100,000.00 |
| 380. | Madden | Charles | $400,000.00 |
| 381. | Maeurer | Robert | $185,761.64 |
| 382. | Majchrzak | Walter | $60,000.00 |
| 383. | Malcomson | Dorothy | $50,000.00 |
| 384. | Maloles | Reynaldo | $50,000.00 |
| 385. | Marley | Lynne | $59,983.63 |
| 386. | Marsh | Elma | $50,000.00 |
| 387. | Martin | Robert | $50,000.00 |
| 388. | Martini | Diane | $70,000.00 |
| 389. | Mathews | Thomas & Pam | $50,036.42 |
| 390. | Matthews | Donald | $113,608.92 |
| 391. | Matthews | Moses | $100,000.00 |
| 392. | Maussner | Richard | $100,000.00 |
| 393. | Mayo | Jesse | $201,000.00 |
| 394. | McClung | Alma Jean | $50,000.00 |
| 395. | McCoy Family Living Trust | | $600,000.00 |
| 396. | McDonald | David | $68,543.82 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 397. | McDowell | Charles | $235,269.54 |
| 398. | McDowell | Mary | $70,761.32 |
| 399. | McGraw | Michael | $89,962.48 |
| 400. | McKellom Revocable Mar Trust | | $608,708.85 |
| 401. | McKenzie | June | $140,000.00 |
| 402. | McMackin | Donna & Michael | $50,000.00 |
| 403. | McNally | Georgette | $386,679.00 |
| 404. | McWhirter | Jack | $98,624.90 |
| 405. | Mele | Roger | $50,000.00 |
| 406. | Mestas | Angie | $48,000.00 |
| 407. | Michael & Brenda Kessler Family Trust | | $500,000.00 |
| 408. | Miller | Ronald & Nedra | $50,000.00 |
| 409. | Miller | Ronald | $50,000.00 |
| 410. | Milligan | Christal | $14,164.26 |
| 411. | Milliken | Jerry | $100,000.00 |
| 412. | Mirich | Joseph | $217,212.47 |
| 413. | Misch | Henrietta | $70,000.00 |
| 414. | Mistry | Thakor | $100,000.00 |
| 415. | Mistry | Jashu | $50,000.00 |
| 416. | Modavi | Abdollah | $50,000.00 |
| 417. | Molinari | Rosemary | $240,000.00 |
| 418. | Molitor | Stephen | $124,149.95 |
| 419. | Monkres | Eugene | $207,000.00 |
| 420. | Monkres | Georgia | $57,000.00 |
| 421. | Montemayor | Joe | $200,000.00 |
| 422. | Moody | Delores | $353,810.00 |
| 423. | Moore | Harry | $161,557.21 |
| 424. | Moore | Thomas | $60,000.00 |
| 425. | Moore Jr | Irving | $50,000.00 |
| 426. | Moore, Jr. | Wayland | $100,000.00 |
| 427. | Mora | Joe | $250,000.00 |
| 428. | Morella | Chalet | $104,387.36 |
| 429. | Morello | Sue | $100,000.00 |
| 430. | Morse | Dorothy | $100,000.00 |
| 431. | Morse | Bruce | $275,000.00 |
| 432. | Moseley | Danny | $50,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 433. | Motiff | Jan | $500,000.00 |
| 434. | Mozley | Loretta | $697,505.00 |
| 435. | Muenster | Joseph | $142,817.20 |
| 436. | Munoz | Rodolfo | $100,000.00 |
| 437. | Murray | Lorraine | $50,000.00 |
| 438. | Musselwhite | Herbert | $104,437.10 |
| 439. | Myers | John | $136,159.87 |
| 440. | Myong | Yim | $110,965.95 |
| 441. | Narramore | Buford | $187,328.46 |
| 442. | Narramore | Sharon | $85,429.93 |
| 443. | Nellis | Noel | $50,000.00 |
| 444. | Nelson | Eva | $100,000.00 |
| 445. | Netek Jr | Don | $50,000.00 |
| 446. | Newberry | J. | $50,000.00 |
| 447. | Nguyen | Phuong | $52,407.91 |
| 448. | Nguyen | Chau & Linh | $100,000.00 |
| 449. | Nichole Simon Irrevocable Trust | | $50,000.00 |
| 450. | Nordby | Alan | $50,250.00 |
| 451. | Norden | Hanh | $50,000.00 |
| 452. | Northam | Barbara | $328,000.00 |
| 453. | Norwood | Linda | $150,000.00 |
| 454. | Novotny | Nancy | $50,000.00 |
| 455. | Nunn | Margaret | $150,000.00 |
| 456. | Nystrom | David | $50,000.00 |
| 457. | Odom | Gary | $133,383.00 |
| 458. | Orlkomaiya | Paula | $59,246.80 |
| 459. | Ormondroyd | Harold | $431,000.00 |
| 460. | O'Rorke | Robert | $135,120.67 |
| 461. | Orr | James | $66,160.63 |
| 462. | Osborne | Charles | $300,000.00 |
| 463. | Osborne | Jason | $34,860.44 |
| 464. | Osborne | Sharon | $176,450.23 |
| 465. | O'Toole, Brian | | $195,116.32 |
| 466. | Ott | Melvin & Edna | $70,000.00 |
| 467. | Owen | Sandra | $50,000.00 |
| 468. | Page | Patricia | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 469. | Page Revocable Trust Gladys & James | | $100,000.00 |
| 470. | Paine | Stephen | $150,000.00 |
| 471. | Palumbo | Irene | $160,000.00 |
| 472. | Parish | Raymond | $57,818.31 |
| 473. | Parlette | Adela | $118,205.16 |
| 474. | Parlette IV | Harry | $353,317.31 |
| 475. | Parsons | Douglas | $400,000.00 |
| 476. | Parsons | Eileen | $100,189.49 |
| 477. | Parzyck | Chester | $145,000.00 |
| 478. | Pascal | Vincent | $486,020.49 |
| 479. | Patel | Jayanti & Suman | $283,289.00 |
| 480. | Patout III | Rivers | $100,000.00 |
| 481. | Patterson | Royston | $100,000.00 |
| 482. | Payton | Robert | $62,255.48 |
| 483. | Peck | Kathleen | $191,488.47 |
| 484. | Penland | Frankie | $25,000.00 |
| 485. | Perkovich | Brian | $250,000.00 |
| 486. | Perlinger | Francis | $110,000.00 |
| 487. | Peter R. Bachman Trust | | $175,300.00 |
| 488. | Petersen | Robert | $65,000.00 |
| 489. | Petersen | Darlene | $52,680.32 |
| 490. | Pham | Tom | $50,000.00 |
| 491. | Phifer | Patsy | $75,000.00 |
| 492. | Piche | Don | $186,345.38 |
| 493. | Piche | Jon | $100,000.00 |
| 494. | Piche | Ronald | $50,000.00 |
| 495. | Piche | Sharyn | $75,000.00 |
| 496. | Piche | Guy | $100,000.00 |
| 497. | Piche | Julie | $50,000.00 |
| 498. | Pickell | Julie | $53,580.56 |
| 499. | Pittman | Elizabeth | $60,295.20 |
| 500. | Pomeroy | Elaine | $137,500.00 |
| 501. | Pond | Larry | $80,000.00 |
| 502. | Ponsell | Barbara | $50,000.00 |
| 503. | Postma | Ursula | $134,000.00 |
| 504. | Poulsen | Rodney | $120,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 505. | Prewitt | Eloise | $50,000.00 |
| 506. | Prince | Darlene | $55,836.00 |
| 507. | Pritchard | Luther | $70,000.00 |
| 508. | Proctor | Nick | $93,900.74 |
| 509. | Puesi | Gloria | $250,000.00 |
| 510. | Puff | Richard | $50,000.00 |
| 511. | Pyron | Dina | $406,849.34 |
| 512. | Quiroga | Luis | $103,163.53 |
| 513. | Ramirez | Jose | $50,000.00 |
| 514. | Rand | Justin & Diane | $50,000.00 |
| 515. | Ransom | Renee | $50,000.00 |
| 516. | Ranson | Greg | $50,000.00 |
| 517. | Ray | Ivan | $31,935.00 |
| 518. | Raybon | Kenneth | $100,000.00 |
| 519. | Redmon | Terry | $252,527.92 |
| 520. | Reeves | Jean | $100,000.00 |
| 521. | Reyes | Ana | $72,000.00 |
| 522. | Richards, Jr. | Michael | $73,266.15 |
| 523. | Rickard | William | $100,000.00 |
| 524. | Riddle | James | $175,000.00 |
| 525. | Riddle | Tamara | $54,123.02 |
| 526. | Ripley | Douglas | $100,000.00 |
| 527. | Roach | Gary | $100,000.00 |
| 528. | Roach | Beverly & Gary | $179,384.88 |
| 529. | Robert D. White Irrevocable Trust | | $125,000.00 |
| 530. | Robicheaux | Ron | $100,000.00 |
| 531. | Robinson | Shelton | $50,000.00 |
| 532. | Rogers | Gordon | $100,000.00 |
| 533. | Rosen | Walter & Sandra | $280,000.00 |
| 534. | Rosen | Sandra & Penn | $200,000.00 |
| 535. | Rosko | Sharon | $100,000.00 |
| 536. | Ross | Patricia | $200,357.24 |
| 537. | Rossi | Eloise | $100,000.00 |
| 538. | Rowan | James | $25,000.00 |
| 539. | Rubrecht | Caryn | $100,000.00 |
| 540. | Ruffino | Carl & Beverly | $70,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 541. | Ruiz | Andres | $18,875.59 |
| 542. | Rush, Jr. | Danny | $55,342.90 |
| 543. | Rushing-Cueman | Victoria | $50,000.00 |
| 544. | Russ | Jerald | $250,000.00 |
| 545. | Russell | Evelyn | $100,000.00 |
| 546. | Russo | Joanne | $134,000.00 |
| 547. | Ruth Marrero Revocable Living Trust | | $125,000.00 |
| 548. | Rybarczyk | Mary | $124,054.00 |
| 549. | Sabey | Donald | $292,291.56 |
| 550. | Sadeghi | Ashraf | $54,882.76 |
| 551. | Saint | Thomas | $133,204.58 |
| 552. | Saint | Anita | $32,270.99 |
| 553. | Salow | Jerome | $131,863.76 |
| 554. | Samson | Lila | $50,000.00 |
| 555. | Samuel & Helen Gray Trust | | $50,000.00 |
| 556. | Sanders | Jim | $75,000.00 |
| 557. | Sandmire | Yvonne | $149,592.45 |
| 558. | Sapida | Arturo | $380,451.06 |
| 559. | Sappington | Martha | $362,000.00 |
| 560. | Sasso | Deborah & Steven | $404,837.98 |
| 561. | Savall | Keith | $135,130.38 |
| 562. | Savana | Lourdes & John | $243,918.23 |
| 563. | Saydel | Kenneth | $85,000.00 |
| 564. | Schatz | Alan | $50,000.00 |
| 565. | Scheel | Timothy | $100,000.00 |
| 566. | Schmerback Family Trust Daniel & Gerlinde | | $50,000.00 |
| 567. | Schoenberger | Harold | $175,000.00 |
| 568. | Schouveller | David | $200,000.00 |
| 569. | Schroeder | Don & Terry | $250,000.00 |
| 570. | Schulke | Patricia | $135,000.00 |
| 571. | Schulz | Delores | $76,000.00 |
| 572. | Schwartz | Jerome | $108,914.00 |
| 573. | Sclafani | Michael | $100,000.00 |
| 574. | Scott | Stephen | $50,000.00 |
| 575. | Scott Revocable Living Trust | | $50,000.00 |
| 576. | Seeger | George | $11,002.01 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 577. | Seeger | Walter | $31,094.24 |
| 578. | Seeger | Amy | $19,034.39 |
| 579. | Seid | Ronald & Margaret | $150,000.00 |
| 580. | Self | Mark | $599,717.06 |
| 581. | Sellmeyer | Frank | $75,000.00 |
| 582. | Shah | Indu | $50,000.00 |
| 583. | Shannon | Edward | $500,000.00 |
| 584. | Shelton | Michael | $50,000.00 |
| 585. | Shiakallis | Theodore | $50,733.19 |
| 586. | Shiakallis | Angela | $57,211.29 |
| 587. | Shiffler | Robert & Marlene | $50,000.00 |
| 588. | Shirley Mae Maddux Collins Trust | | $50,000.00 |
| 589. | Shoultes | Gordon | $72,832.99 |
| 590. | Simmons | Kil | $100,000.00 |
| 591. | Simms | Shirley | $259,344.80 |
| 592. | Simon | Peter | $100,000.00 |
| 593. | Simon | Cheryl | $318,839.05 |
| 594. | Simon | Elliot & Sarah | $100,000.00 |
| 595. | Simon | Michelle | $50,000.00 |
| 596. | Siqueira | Cedric | $55,498.62 |
| 597. | Sirk | Fay | $600,000.00 |
| 598. | Siwula | Audrey | $50,000.00 |
| 599. | Skeels | Ronald | $64,309.29 |
| 600. | Smart | Virginia | $50,000.00 |
| 601. | Smith | William | $52,000.00 |
| 602. | Smith | Dorothy | $697,800.00 |
| 603. | Smith | Margo | $96,000.00 |
| 604. | Sneider | James | $50,000.00 |
| 605. | Sopher | Beth | $62,748.77 |
| 606. | Sopher | Steven | $19,901.32 |
| 607. | Southside Rappahannock Association | | $100,000.00 |
| 608. | Spalding | John | $600,000.00 |
| 609. | Spicer | Mary | $69,198.69 |
| 610. | Spiroch | Mindy | $172,155.37 |
| 611. | St. George | Lucy | $45,908.00 |
| 612. | Stoughton | Donald | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 613. | Strunk | Elizabeth | $105,650.20 |
| 614. | Stuart | Paul | $50,000.00 |
| 615. | Stubenrauch | Patricia | $50,000.00 |
| 616. | Stukenberg | Robert | $50,000.00 |
| 617. | Sullivan | Arlene | $101,891.57 |
| 618. | Suwankosai | Boonsong | $100,000.00 |
| 619. | Szaniszlo | Katelin | $294,616.70 |
| 620. | Tangdol | Conchita | $54,541.32 |
| 621. | Tavakoli | Frank | $217,563.75 |
| 622. | Tavakoli | Fred | $58,950.92 |
| 623. | Tavakoli | Mike | $50,671.62 |
| 624. | Taylor | Christopher A. | $197,097.00 |
| 625. | Taylor | Christopher S. | $50,000.00 |
| 626. | Taylor | Tad | $500,000.00 |
| 627. | Teague | Jevena | $150,000.00 |
| 628. | Terlikoski | Louis | $50,000.00 |
| 629. | Thomas | Gail | $75,058.21 |
| 630. | Thomas | Rosemary | $350,000.00 |
| 631. | Thompson | Elizabeth | $50,000.00 |
| 632. | Thompson | Jerry | $200,000.00 |
| 633. | Timpano | Marty | $50,000.00 |
| 634. | Tinarella | John | $324,000.00 |
| 635. | Touchy | Carol | $67,000.00 |
| 636. | Tovey | Brent | $100,000.00 |
| 637. | Treadway | Leroy & Linda | $104,304.92 |
| 638. | Treadway | Leroy | $67,000.00 |
| 639. | Treadway | Linda | $58,000.00 |
| 640. | Trott | Maureen | $150,000.00 |
| 641. | Trousdale | Martha | $65,000.00 |
| 642. | Troy | Tom | $145,000.00 |
| 643. | Truitt | Bryant | $50,000.00 |
| 644. | Tuomi | Nathan | $80,000.00 |
| 645. | Turnbull | Randy | $262,213.97 |
| 646. | Upchurch | Mark | $104,808.00 |
| 647. | Utter | Maxine | $75,000.00 |
| 648. | Vancil | Denise | $94,868.53 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 649. | Vandenbush | Carroll & Angeline | $250,000.00 |
| 650. | Varjas | Frank | $49,681.40 |
| 651. | Varjas | Hilda | $100,000.00 |
| 652. | Vasquez | Patricia | $63,400.00 |
| 653. | Veasaw | Wesley | $50,000.00 |
| 654. | Veltus | Richard & Esther | $100,000.00 |
| 655. | Vienne | Peter | $50,000.00 |
| 656. | Villarreal | George | $50,000.00 |
| 657. | Voelker | Dennis | $54,340.28 |
| 658. | Wagner | Franz | $50,000.00 |
| 659. | Wagner | Nathan | $254,743.48 |
| 660. | Wagner | William | $415,317.05 |
| 661. | Wagner | Annemarie | $73,800.00 |
| 662. | Wakai | Kathleen | $50,000.00 |
| 663. | Walker | Cynthia | $47,516.51 |
| 664. | Wallens | Mary | $50,000.00 |
| 665. | Wanda L. White Revocable Living Trust | | $28,611.00 |
| 666. | Warnell, Jr. | Wilbern | $145,000.00 |
| 667. | Wasserberg | Johnathan | $50,000.00 |
| 668. | Wasson | Marilyn | $50,250.00 |
| 669. | Watkins | James | $102,236.97 |
| 670. | Watts | Eichinger | $100,000.00 |
| 671. | Wells | Richard | $204,264.17 |
| 672. | Wenig | Leonard | $50,000.00 |
| 673. | Westrick | Robert | $50,000.00 |
| 674. | Wetuski | John & Joyce | $48,000.00 |
| 675. | Wey | Jong-Shinn | $70,000.00 |
| 676. | White | David | $50,857.88 |
| 677. | WIEC Properties, LLC | | $400,000.00 |
| 678. | Wienkers | Kevin | $491,045.60 |
| 679. | Wilkerson | Lula | $80,000.00 |
| 680. | Willis | Betty | $200,000.00 |
| 681. | Windsor | Thomas | $153,600.00 |
| 682. | Winkelman | Betty | $50,000.00 |
| 683. | Wishart Living Trust | | $250,000.00 |
| 684. | Withrow | Stanley | $124,820.54 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 685. | Wofford | Fonce | $80,000.00 |
| 686. | Wolf | Kathryn | $44,530.23 |
| 687. | Wood | Guy | $75,000.00 |
| 688. | Wood | James | $50,000.00 |
| 689. | Woodside | Shirley | $250,000.00 |
| 690. | Woodward | Julia | $100,378.46 |
| 691. | Woolfolk | Royce | $124,537.37 |
| 692. | Worthy | Shirley | $50,000.00 |
| 693. | Wright | Dorothy | $91,884.93 |
| 694. | Wright Family Trust | | $99,983.79 |
| 695. | Yang | Mirian | $50,000.00 |
| 696. | Yatsinko | Michael | $102,396.47 |
| 697. | Young | Carrie | $40,000.00 |
| 698. | Youngblood | Frank | $50,000.00 |
| 699. | Youngblood | Ruby | $50,000.00 |
| 700. | Zacherle | Christine | $50,000.00 |
| 701. | Zafar | Iqbal | $85,288.00 |
| 702. | Zendejas | Phillip | $50,000.00 |
| 703. | Zhang | Shanmin | $50,000.00 |
| 704. | Zhu | Xuchu | $80,000.00 |
| | | **Total Loss Amount** | **$101,963,048.05** |